**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD., and DJI SERVICE LLC, <br><br> *Petitioners,* <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, <br><br> *Respondent.* | No. 26-____ |

**PETITION FOR REVIEW OF A RULING OF THE FEDERAL
COMMUNICATIONS COMMISSION**

Pursuant to 5 U.S.C. § 706, 28 U.S.C. § 2342(1), 47 U.S.C. § 402(a), Federal Rule of Appellate Procedure 15, and this Court's Rule 15-1, SZ DJI Technology Co., Ltd. (DJI) and DJI Service LLC (DJI Service) hereby petition this Court for review of the Federal Communications Commission (FCC) ruling captioned as *Public Safety and Homeland Security Bureau Announces Addition of Uncrewed Aircraft Systems (UAS) and UAS Critical Components Produced Abroad, and Equipment and Services Listed in Section 1709 of the FY2025 NDAA, to FCC Covered List*, WC Docket No. 18-89, ET Docket No. 21-232, EA Docket No. 21-233 (released Dec. 22, 2025) (the Ruling). A copy of the Ruling is attached.

The Ruling purports to add "all communications and video surveillance equipment" produced by DJI to the FCC's Covered List, thus ensuring that new DJI products within the scope of the Ruling can no longer be marketed, sold, or imported into the United States. The FCC has also used the Ruling as a justification to severely restrict DJI's ability to import its existing products, as well as new products outside the scope of the Ruling, into the United States. DJI has moved for reconsideration of the Ruling before the FCC, and the FCC has invited oppositions and replies to DJI's motion. *See* 91 Fed. Reg. 5245 (Feb. 5, 2026).

The Ruling is a final order within the meaning of 47 U.S.C. § 402(a). Venue is proper in this Court under 28 U.S.C. § 2343 because DJI Service is resident in this Circuit. Petitioners have standing to bring this petition because they are severely harmed by the FCC's Ruling. This petition is timely pursuant to 28 U.S.C. § 2344 because it is filed within 60 days of the entry of the Ruling.

Petitioners seek review of the Ruling on the ground that the FCC exceeded its statutory authority, failed to observe statutorily required procedures, and violated the Fifth Amendment when it purported to add DJI's products to the Covered List. Petitioners respectfully request that

2

this Court hold unlawful, vacate, enjoin, and set aside the Ruling and

grant any other relief that the Court finds proper.


Dated:  February 20, 2026                    Respectfully submitted,

                                             /s/ Travis LeBlanc
                                             TRAVIS LEBLANC
                                             ELIZABETH B. PRELOGAR
                                             COOLEY LLP
                                             1299 Pennsylvania Avenue NW
                                             Suite 700
                                             Washington, DC 20004
                                             (202) 842-7800
                                             tleblanc@cooley.com

                                             *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2026, this petition was

served by U.S. mail upon the following parties:

Pamela Jo Bondi
Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Adam Candeub
General Counsel
Federal Communications Commission
445 12th Street SW, 8th Floor
Washington, DC 20554

Dated: February 20, 2026                    Respectfully submitted,


                                             */s/ Travis LeBlanc*
                                             TRAVIS LEBLANC